Motion GRANTED.
Hearing reset for 8/11/17
at 3:00 p.m.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 3:09-cr-00196 |
| v. | ) | |
| | ) | JUDGE TRAUGER |
| EMMITT SHAW | ) | |

## MOTION TO CONTINUE REVOCATION HEARING

Defendant is scheduled to appear today for a hearing to determine whether to revoke his supervised release at 3:30pm. Defendant will be unable to appear at that hearing because he was arrested on February 10, 2016, after allegedly selling 3 grams of heroin to a confidential informant of the Metropolitan Nashville Police Department on November 14, 2016. The Government anticipates that the Probation Office will seek a warrant for the defendant's arrest on these state charges, such that the Government requests that the Court reschedule this matter for 6 months in the future, to be reset for sooner if Defendant is placed in federal custody before that time.

Respectfully submitted,

David Rivera
United States Attorney for the
Middle District of Tennessee

**s/ Clay Lee**
Clay Lee
Assistant U.S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151